AO 450 (GAS Rev 09/20) Judgment in a Civil Case

# United States District Court
## Southern District of Georgia

JEFFERY B. MASON,

    Plaintiff,

v.

MARTIN J. O'MALLEY,
Commissioner of Social Security,

    Defendant.

JUDGMENT IN A CIVIL CASE

CASE NUMBER: 4:24-cv-224

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☑ **Decision by Court.** This action came before the Court. The issues have been considered and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED**

that, pursuant to the Order dated January 29, 2025, the Court reverses the Commissioner's decision under sentence four of 42 U.S.C. § 405(g) and remands this action to the Commissioner for further proceedings. This case is hereby remanded and stands closed.

Approved by: _____
HON. LISA GODBEY WOOD, JUDGE
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA

Date: January 29, 2025

John E. Triplett, Clerk of Court

Clerk: _____
(By) Ann Duke, Deputy Clerk